

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LEONARDO CARO TERRAZAS, ASELMO PARRA CASTILLO, ANTIONIO BOJORQUEZ ROSAS, CARLOS ARTURO CEVANTES HERNANDEZ, CESAR QUINTANA MARTINEZ, BERNARDO CARO MONGES, GANADERA SANTA SOFIA, HECTOR HUGO VARGAS VASQUEZ, INTERGANADERA FAMFLO S.P.R. de R.L. de C.V., JESUS IGNACIO ARMENDARIZ TORRES, JESUS MENDOZA ROMERO, JESUS MANUEL PARRA CHAVEZ, JOSE G. VILLALOBOS VILLALOBOS, MANUEL ARMANDO GONZALEZ CARMONA, NICOLAS CAROTERRAZAS, OSCAR TENA LOCANO, OSCAR CHACON HERRERA, RAFAEL RUIZ HERNANDEZ, RANCHO LOS TATOLEROS S.P.R. de R.L. de C.V., ROGELIO CAMACHO ARMENDARIZ, SOCORRO MONTES VARGAS, RANCHO BLANCO DE CHAVEZ, AGRICOLA Y GANDERA ZAZUETA S.A. de C.V., CANDELARIO MOLINA RETANA, CARLOS DUARTE VILLA, GELACIO LECHUGA VALDEZ, JOSE MIGUEL NEVAREZ, JUAN MANUEL MENDOZA, JESUS PESQIERA GASELUM, EUGENIO RIVERA TENA, AGRICOLA GANADERA LOS MOLINAS, ADAN HERNANDEZ DIAZ, ALEJANDRO PORRAS DUARTE, ANDREA VALLES VACA, | § § § § § § § § § § § § § § § § | No. 08-19-00206-CV<br><br>Appeal from the<br><br>327th District Court<br><br>of El Paso County, Texas<br><br>(TC# 2016DCV4635) |

CANDELARIO MOLINA RETANA,
CARLOS DUARTE VILLA, CORNELIO §
RIVERA RIVAS, ERNESTO MERAZ
OLIVAS, FRUTI GANA-DERA de RL de §
CV, GANADERA DOBLE O,
GERARDO GARCIA ANAYA, §
GUILLERMO OLIVAS RODRIGUEZ
DE LOS DOS, JOSE ANTONIO MERAZ §
OLIVAS, JOSE MARTA MERAZ
HERNANDEZ, JUAN JOSE GARCIA §
VALDEZ, LEONARDO CARO
TERRAZAS, LUIS ARMANDO §
ESTRADA CASTELLANOS, ROGELIO
CAMACHO, SERGIO SOLIS CHAVEZ, §
and SERGIO VILLALOBOS,
                                          §
            Appellants,
                                          §
v.
                                          §
SIMON CHAVEZ a/k/a SIMON
CHAVEZ DE PABLO, individually and §
d/b/a 24 TRADING CO., ALVARO
BUSTILLOS, and VAQUERO §
TRADING, L.L.C.,
                                          §
            Appellees.
                                          §

# **J U D G M E N T**

The Court has considered this cause on the Appellants' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2019.


GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge), sitting by assignment